# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

WDNY- Buffalo
99-CR-02
ARCARA
01cr228 (PCD)

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 15th day of January, two thousand and four.

Before:     Hon. Jon O. Newman,
            Hon. Richard J. Cardamone,
            Hon. Sonia Sotomayor
                         *Circuit Judges*

Docket No. 02-1625

UNITED STATES OF AMERICA,

                         Appellant,

    v.

NORMAN WASHINGTON STULTZ, also known as Norman Stulze, also known as Norman Stultze, also known as Peter Myree,

                         Defendant-Appellee.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Arthur M. Heller
Motions Staff Attorney

—ISSUED AS MANDATE: 6/27/05